**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 19, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,                                      Marisa L. Williams
                                                          Rhonda L. Rhodes
        Plaintiff,

v.

MICHAEL J. ASTRUE,                                        Phyllis A. Dow
Commissioner of the United States Social Security Administration, and
THE SOCIAL SECURITY ADMINISTRATION,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

**2:00 p.m.        Court in session.**

Plaintiff present.

2:03 p.m.     Argument by Ms. Williams.
2:07 p.m.     Argument by Ms. Dow.

**2:09 p.m.        Court in recess.**
**2:27 p.m.        Court in session.**

Ms. Dow states she has the documents requested by plaintiff in request for production of documents number 1 and gives them to the Court for review.

Argument by Ms. Williams.
Argument by Ms. Dow.
Further argument by Ms. Williams.
Further argument by Ms. Dow.

**ORDERED:    Plaintiff's Motion to Compel, filed February 24, 2011 [21], is denied with respect to motions for extension of time comparisons and documents reviewed and granted for e-mails between supervisors.**

April 19, 2011
10-cv-00252-RPM

**ORDERED:    Pretrial conference scheduled for July 8, 2011 at 2:00 p.m.**

Ms. Williams states the plaintiff has been reinstated at her previous position and liability is not an issue.

Court informs Ms. Dow that healthcare providers may be subpoenaed.

**2:45 p.m.        Court in recess.**

Hearing concluded.  Total time:   27  min.