**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        August 26, 2011
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-00252-RPM

| | |
|---|---|
| LAURA RIDGELL-BOLTZ, | Marisa L. Williams |
| | Rhonda L. Rhodes |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | Phyllis A. Dow |
| Commissioner of the United States Social Security Administration, and | |
| THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**3:00 p.m.        Court in session.**

Plaintiff, Steven Giel and Andrew Maunz are present.

**ORDERED:   Defendant's Motion for Partial Summary Judgment, filed April 27, 2011 [43], is denied with respect to plaintiff's First, Third and privacy act (access to information by attorney) claims.**

Discussion regarding damages.

Discussion regarding witnesses.
Court advise counsel that medical opinion testimony is required to prove causation for medical claims.

Discussion regarding preservation of evidence.
Court states it will give jury an adverse inference instruction.

Court instructs defendant to produce its employees (in state and out of state) without a subpoena for trial.

Court rules on undisclosed witness issue as stated on record.

August 26, 2011
10-cv-00252-RPM

**ORDERED:** **Four day jury trial scheduled January 17, 2012.**
**Plaintiff's final lists of witnesses and exhibits filed by September 26, 2011.**
**Defendant's final lists of witnesses and exhibits filed by October 3, 2011.**
**Deadline for foundation objections to exhibits is 10 days after exchange of lists.**
**Pretrial Order signed.**

**3:51 p.m.** **Court in recess.**

Hearing concluded.  Total time:  51 min.