IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 1O-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the United States Social Security Administration, and
THE SOCIAL SECURITY ADMINISTRATION, Defendants.

ORDER

This matter comes before the Court on the motion of Defendants Michael J. Astrue and the Social Security Administration to strike the Process Receipts and Returns of Service found at document numbers 85 and 86 of the record. The Court has reviewed the pleadings on file. The Court finds that the two subpoenas in question were not proper and have been withdrawn. Accordingly, there is good cause to enter this order.

ORDERED, Defendants' Unopposed Motion to Strike Process Receipts and Returns of Service is granted. Document numbers 85 and 86 of the record shall be stricken.

Dated: November 25th, 2011

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge