IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the United States Social Security Administration, and THE SOCIAL SECURITY ADMINISTRATION,

Defendants.

## ORDER

This matter comes before the Court on the motion of Defendants Michael J. Astrue and the Social Security Administration to submit voir dire questions *instanter*. The Court has reviewed the pleadings on file. The Court finds that Defendants' Motion should be granted.

ORDERED, Defendants' Unopposed Motion to Submit Voir Dire Questions *Instanter* is granted.

Dated: January 5, 2012

BY THE COURT:

Richard P. Matsch, Senior District Judge