IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, United States Social Security Administration, and
THE U.S. SOCIAL SECURITY ADMINISTRATION,

    Defendants.

---

ORDER VACATING TRIAL

---

After review of the Plaintiff's Motion for Sanctions or, in the Alternative, to Continue Trial Date, filed January 9, 2012, and the defendants' response, also filed January 9, 2012, the Court finds and concludes that because the impact of the failure of the defendants to comply with the discovery obligation to produce documents is unclear and the content of the previously undisclosed documents may affect the merits of the plaintiff's claims, it is

ORDERED that the trial set to begin on January 17, 2012, is vacated and it is

FURTHER ORDERED that the plaintiff's motion for sanctions is deferred and will be considered after counsel have had a reasonable opportunity to review the previously undisclosed documents.

Dated:    January 10th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge