IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, United States Social Security Administration, and
THE U.S. SOCIAL SECURITY ADMINISTRATION,

    Defendants.

---

ORDER GRANTING MOTION TO SUBMIT PROPOSED STATEMENT AND VERDICT FORM

---

    Upon review of Defendants' Unopposed Motion for Leave to Submit a Proposed Statement of the Case and Verdict Form [108] filed January 18, 2012, it is

    ORDERED that the motion is granted.

    Dated:    January 19th, 2012

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge