**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 10, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,                                         Marisa L. Williams
                                                            Rhonda L. Rhodes
        Plaintiff,

v.

MICHAEL J. ASTRUE,                                          Giel Stein
Commissioner of the United States Social Security Administration, and    Andrew F. Maunz
THE SOCIAL SECURITY ADMINISTRATION,                         Ruth F. Keegan

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**2:00 p.m.        Court in session.**

Court's preliminary remarks.

Ms. Williams answers questions asked by the Court regarding recently produced documents.

Court advises counsel of its intent to advise jury regarding civil service ruling.
Court clarifies its previous rulings.

**ORDERED:    Plaintiff's Motion for Clarification, Ruling on Res Judicata, and Request for
            Reconsideration [102], is resolved as stated on record.**

Statement by Ms. Williams [103].

**ORDERED:    Plaintiff's Motion for Sanctions, or in the Alternative, to Continue Trial [103],
            ruling on the motion is deferred until after the trial.**

Statement by Mr. Stein.
Court clarifies the scope of permissible testimony of Ms. Meachum and Ms. Abbott.

**ORDERED:    Six day jury trial scheduled June 25, 2012 [111].
            Supplements to proposed jury instructions and voir dire are submitted in paper
            directly to chambers by May 31, 2012.  Court will provide proposed statement to
            jury by this date.**

Statements by Ms. Keegan regarding untimely disclosures.

**2:22 p.m.        Court in recess.**        Hearing concluded.  Total time:  22  min.