IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, United States Social Security Administration, and
THE U.S. SOCIAL SECURITY ADMINISTRATION,

    Defendants.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the hearing today, it is

ORDERED that this matter is set for trial to jury on **June 25, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated:   February 10th, 2012

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
          &nsp;                                     Richard P. Matsch, Senior District Judge