IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, United States Social Security Administration, and
THE U.S. SOCIAL SECURITY ADMINISTRATION,

    Defendants.

---

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

---

    The Defendants' Motion for Reconsideration, filed June 8, 2012, merely restates objections made at the trial preparation conference on June 7, 2012, and it is

    ORDERED that the Defendants' Motion for Reconsideration is denied.

    Dated:    June 11th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge