**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              June 27, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-00252-RPM

| | |
|---|---|
| LAURA RIDGELL-BOLTZ, | Marisa L. Williams |
| | Rhonda L. Rhodes |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | Giel Stein |
| Commissioner of the United States Social Security Administration, and | Andrew F. Maunz |
| THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Three**

**9:15 a.m.        Court in session.**

Plaintiff present.

Court's statements regarding defendants' Motion for Admission of Defendants' Exhibit S [123].

Objection and argument by Ms. Williams [123].

**ORDERED:    Defendants' Motion for Admission of Defendants' Exhibit S [123] is granted and Exhibit S is received.**

**9:18 a.m.    Court in recess.**
**9:22 a.m.    Court in session.**

Jurors present.

9:03 a.m.        Continued cross examination of Ms. Abbott by Mr. Maunz.

Reference to Defendants' Exhibit S.
**Defendants' Exhibit A-5 identified, offered and received.**

June 27, 2012
10-cv-00252-RPM

9:53 a.m.		Redirect examination of Ms. Abbott by Ms. Rhodes.

Reference to Defendants' Exhibit A-5.

10:06 a.m.		Plaintiff's witness, Mark Henningsen, sworn.

Direct examination of Mr. Henningsen by Ms. Williams.

Discussion between Court and counsel regarding Mr. Henningsen's records (file).

Court instructs jurors.
Jurors excused.

**10:12 a.m.		Court in recess.**
**10:27 a.m.		Court in session.**

Argument by Mr. Stein regarding Mr. Henningsen's records (file).
Argument by Ms. Williams.

Court questions Mr. Henningson.

**ORDERED:	The scope of Mr. Henningsen's examination will be limited as stated on record.**

Jurors present.

10:33 a.m.		Continued direct examination of Mr. Henningsen by Ms. Williams

Reference to Plaintiff's Exhibit 17.

10:45 a.m.		Cross examination of Mr. Henningsen by Mr. Stein.

10:58 a.m.		Plaintiff's witness, Suzanne Benz, sworn.

Direct examination of Mr. Benz by Ms. Williams.

**Plaintiff's Exhibit 14 identified, offered, stipulated and received.**
**Plaintiff's Exhibit 23 identified, offered and received.**
Reference to Plaintiff's Exhibit 16.
**Plaintiff's Exhibit 21 identified, offered and received.**

11:17 a.m.		Cross examination of Ms. Benz by Mr. Stein.

11:24 a.m.		Redirect examination of Ms. Benz by Ms. Williams.

June 27, 2012
10-cv-00252-RPM

11:25 a.m.        Recross examination of Ms. Benz by Mr. Stein.

11:28 a.m.        Plaintiff's witness, Deanna Ertl-Lombardi, sworn.

Direct examination of Ms. Ertl-Lombardi by Ms. Williams.

Reference to Plaintiff's Exhibits 1and 2.

Court instructs jurors.
Jurors excused.

Defendants' objection and argument by Mr. Stein to the permissible scope of Mr. Henningsen's testimony.
**Court's ruling as stated on record.**

**11:45 a.m.        Court in recess.**
**1:05 p.m.         Court in session.**

Jurors present.

1:08 p.m.         Plaintiff's witness, Rachel Sutton, Ph.D., sworn.

Direct examination of Ms. Sutton by Ms. Williams.

1:30 p.m.         Cross examination of Ms. Sutton by Mr. Stein.

1:48 p.m.         Continued direct examination of Ms. Ertl-Lombardi by Ms. Williams.

Mr. Stein states defendants reserve the right to call and examine Ms. Ertl-Lombard in its case.

2:04 p.m.         Plaintiff's witness, Yvette Keesee, sworn.

Direct examination of Ms. Keesee by Ms. Williams.

2:30 p.m.         Examination of Ms. Keesee by Mr. Stein regarding exhibits.

Defendants' Exhibits D, E, Y and Z identified and offered.
Ms. Williams voir dire Ms. Keesee regarding Exhibits D, E, Y and Z.
Court states foundation testimony from Ms. Keesee regarding Exhibits D, E, Y and Z is taken.

Mr. Stein states defendants reserve the right to call and examine Ms. Keesee in its case.

Court instructs jurors.
Jurors excused.

June 27, 2012
10-cv-00252-RPM

| | |
|---|---|
| **2:40 p.m.** | **Court in recess.** |
| **2:57 p.m.** | **Court in session.** |

Jurors present.

2:59 p.m.        Plaintiff's witness, Doreen Lee, sworn.

Direct examination of Ms. Lee by Ms. Williams.

**Plaintiff's Exhibits 4 and 5 identified, stipulated, offered and received.**
Reference to Defendants' Exhibits D and E.

3:54 p.m.        Cross examination of Ms. Lee by Mr. Stein.

Reference to Defendants' Exhibits T and S, D and Y.
**Defendants' Exhibits Y and Z identified, offered and received.**

Court instructs jurors.
Jurors excused until 9:00 a.m., June 28, 2012

Discussion regarding Defendants' Exhibits and scheduling.
**Defendants' Exhibits D and E received.**

**4:40 p.m.        Court in recess.**

Trial continued.  Total time: 6 hrs. 05 min.