**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     July 2, 2012
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 10-cv-00252-RPM

| | |
|---|---|
| LAURA RIDGELL-BOLTZ, | Marisa L. Williams |
| | Rhonda L. Rhodes |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | Giel Stein |
| Commissioner of the United States Social Security Administration, and | Andrew F. Maunz |
| THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Six**

**9:00 a.m.          Court in session.**

Plaintiff present.

Jurors present.

**ORDERED:**    Plaintiff's Motion to Amend Verdict Form [130], granted.

**ORDERED:**    Defendants' Motion to Prohibit Plaintiff from Disputing the Authenticity of Exhibits G, I, J, and K During Her Closing Argument and for a Corrective Jury Instruction [131], is denied.

Statement by Ms. Williams.
Statement by Mr. Stein.

Jurors present.
Court instructs jurors.

9:05 a.m.       Plaintiff's closing argument by Ms. Williams.

July 2, 2012
10-cv-00252-RPM

10:09 a.m.		Defendants' closing argument by Mr. Stein.
11:06 a.m.		Rebuttal argument by Ms. Williams.

Court instructs jurors.
Jurors excused.

**11:24 p.m.		Court in recess.**
**11:34 p.m.		Court in session.**

Jurors present.
Court instructs jurors.

Jury instructions read to the jury by the Court.

Court Security Officer sworn.

Court instructs jurors.

Jurors excused to begin deliberations.

Counsel state there are no new objections to the jury instructions.
Court states counsel's previous objections are incorporated herein as stated on the record.

**12:12 p.m.		Court in recess.**
**4:15 p.m.		Court in session.**

Court states it received notice that the jury has reached a verdict.

Jurors present.
Presiding juror states the jury has reached a verdict.

Court reads jury's verdict.

**Jury finds pursuant to its July 2, 2012 Verdict Form** (original **verdict form retained** in clerk's office pursuant to **General Order 2007-3**)**.**

Counsel decline polling of the jurors.

Court thanks jurors for their service.
Jurors discharged.

	**ORDERED:	Judgment shall enter in accordance with the jury's verdict.**

Court signs Stipulation and Order regarding Custody of Exhibits and Depositions.

July 2, 2012
10-cv-00252-RPM

Discussion regarding post trial motions (judgment notwithstanding the verdict and equitable relief) and privacy act claim.

**4:30 p.m.**    **Court in recess.**

**Clerk's note:**   Plaintiff and defendants lists of received exhibits, redacted Verdict Form, redacted juror note are attached.  Exhibits and depositions returned to counsel.

Trial Concluded.  Total Time: 3 hrs. 27 min.