IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of the United States Social Security Administration, and
THE SOCIAL SECURITY ADMINISTRATION,

    Defendants.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on June 25, 2012, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this 2nd day of July, 2012.

                                     BY THE COURT:

                                     _____
                                     Richard P. Matsch, Judge
                                     United States District Court

APPROVED AS TO FORM:

_____                _____
ATTORNEY FOR PLAINTIFF                ATTORNEY FOR DEFENDANTS