IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, United States Social Security Administration, and
THE U.S. SOCIAL SECURITY ADMINISTRATION,

    Defendants.

---

ORDER DISMISSING DEFENDANT U.S. SOCIAL SECURITY ADMINISTRATION

---

    Pursuant to the Stipulation of Dismissal as to One Defendant [142] filed July 25, 2012, it is

    ORDERED that Defendant U.S. Social Security Administration is dismissed, each party to pay their own costs and attorneys fees in connection with this dismissal and the Privacy Act claims.

    Dated:    July 26th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge