IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, United States Social Security Administration,

    Defendant.

---

ORDER DEFERRING RULINGS ON PLAINTIFF'S MOTIONS FOR ATTORNEYS' FEES AND EXPENSES AND FOR REVIEW OF COSTS

---

On July 17, 2012, the plaintiff filed a motion for attorneys' fees and expenses [138] seeking $320,000.00 in fees and expenses. The defendant filed an opposition [149] asserting that the requested amount is disproportionate to the results obtained. The plaintiff has also filed a motion for review of costs taxed [150]. The defendant responded to that motion [157]. The issues raised are also related to the results achieved in the trial. Because it is expected that both parties will be appealing this Court's rulings in this case and that the outcome of those appeals will affect these issues, in the conservation of judicial resources, it is

ORDERED that the determination of these motions is deferred until the results of appeals have been determined or, alternatively, if no appeals are filed, the deferral is until the time for appeal has expired.

Dated:   October 3rd, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge