IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-00252-RPM-KLM

LAURA RIDGELL-BOLTZ,

     Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the U.S. Social Security Administration,

     Defendant.

_____

ORDER SETTING TRIAL DATE
_____

     Pursuant to the conference today, it is

     ORDERED that this matter is set for trial to jury on **May 11, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatschaspx .

     DATED: September 29th, 2014

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge