IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00252-RPM

LAURA RIDGELL-BOLTZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner, United States Social Security Administration,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND FEE AND COSTS EXHIBIT 9
_____

    Upon consideration of Plaintiff's Unopposed Motion to Amend Fee and Costs Exhibit 9 [Doc. 207], it is

    ORDERED that the motion is granted.

    DATED: May 20, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge